WR-44,933-07



State of Texas

FILED

2015 JUN 24 AM 7:52

JOANNA STATON
DISTRICT COURT
BELL COUNTY TX

BY



Gregory C. Angelo, Petitioner

Vs.

The State of Texas, Defendant

Cause No. 47376

## Motion for Leave to File

### Out of Time Direct

### Appeal

This Court has Jurisdiction to hear this motion under Tex. R. App. Proc. R. 71; Ver. Ann. Code of Crim. Proc., Art. 11.07. and the Texas Constitution, Art. 5§8.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 02 2015

Abel Acosta, Clerk

1. Petitioner has included with this motion-
   A. A motion to remove his trial Attorney;
   B. A motion to recuse the trial Judge;
   C. A motion to Quash indictment; and

2. Petitioner respectfully requests this Court to allow him to go back-in-time, in order to properly litigate a direct appeal, wherein Petitioner may present issues according to the dictates of the trial.

Petitioner prays this Court will grant him leave of Court to file an Out-of-time Direct Appeal- and any other Justice this Court deems just.

Regards,

Gregory C. Angelo 801052

~~A. Hughes Rt 2 Box 4400~~

~~Gatesville, TX 76597~~

Powledge
1400 FM 3452
Palestine, TX. 75803

## Certification Of Service

I, *[signature]* certify that the above motion for Out-of-Time Direct Appeal is TRUE- and has been mailed to this Court, on this 22nd day of June 2015.

Regards,

Gregory C. Angelo